**Faegre Drinker Biddle & Reath LLP**
Michelle A. Paninopoulos (Pa. No. 329738)
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: 215 988 2700
michelle.paninopoulos@faegredrinker.com

*Counsel for Defendant Cricket Wireless, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>CRICKET WIRELESS, LLC<br><br>      *Defendant*. | Civil Action No.:  24-CV-3591<br><br>**NOTICE OF REMOVAL** |

   Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant Cricket Wireless, LLC ("Cricket"), by and through its undersigned counsel, hereby removes this action from the Court of Common Pleas of Chester County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. As grounds for removal, Cricket states as follows:

   1.  On April 16, 2024, Andrew Wilkins ("Plaintiff") filed a Complaint against Cricket in the Court of Common Pleas of Chester County, Pennsylvania (2024-03246-TT).

   2.  On July 11, 2024, Cricket was served by the Sheriff of Gwinnett County, Georgia with a Sheriff's Entry of Service; a letter dated June 13th, 2024 from Plaintiff's counsel; a notice to plead; and a copy of the Complaint. Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** is a true and correct copy of Plaintiff's Complaint, which constitutes all of the process, pleadings,

and orders served upon Defendant in this action to date.

3. Cricket's Notice of Removal is timely filed within 30 days of the service of the Complaint on July 11, 2024. *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."). No previous Notice of Removal has been filed or made to this Court for the relief sought herein.

4. Plaintiff asserts claims against Cricket arising under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*

5. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based on a federal question because Plaintiff asserts claims arising under federal law.

6. Venue of this removal action is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Eastern District of Pennsylvania encompasses the Chester County Court of Common Pleas where the State Court Action was originally filed.

7. A copy of this Notice of Removal will be promptly filed with the Prothonotary of Chester County Court of Common Pleas of Pennsylvania in accordance with 28 U.S.C. § 1446(d).

8. Copies of this Notice of Removal and the Notice of Filing of Notice of Removal to the Prothonotary of Chester County Court of Common Pleas are being served upon Plaintiff.

9. Cricket does not, by virtue of filing this Notice of Removal, waive any available

defense or admit any allegation in Plaintiff's Complaint.

**WHEREFORE,** Cricket hereby removes this action from the Chester County Court of Common Pleas of Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

| Dated: July 31, 2024 | Respectfully submitted,<br><br>*/s/ Michelle A. Paninopoulos* |
|---|---|
| | **Faegre Drinker Biddle & Reath LLP**<br>Michelle A. Paninopoulos (Pa. No. 329738)<br>One Logan Square, Suite 2000<br>Philadelphia, PA  19103-6996<br>Telephone: 215 988 2700<br>michelle.paninopoulos@faegredrinker.com<br><br>*Counsel for Defendant Cricket Wireless, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I filed the foregoing Notice of Removal via the Court's electronic filing system and served a copy of the foregoing via electronic mail on the following counsel of record:

Daniel Zemel, Esq.
Zemel Law, LLC
400 Sylvan Avenue
Suite 200
Englewood Cliffs, New Jersey  07632
dz@ZemelLawllc.com

| Dated: July 31, 2024 | */s/ Michelle A. Paninopoulos* |
|---|---|
|  | Michelle A. Paninopoulos |