IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW WILKINS, on behalf of himself** | : | **CIVIL ACTION** |
| **and all others similarly situated** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CRICKET WIRELESS, LLC** | : | **NO. 24-3591** |

## ORDER

**NOW**, this 6th day of September, 2024, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

      /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.